# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 20-05064 EAG |
| NÉSTOR J. COLÓN ROSA<br>LOURDES ROSADO VELÁZQUEZ | |
| DEBTORS | CHAPTER: 7 |

## STATEMENT OF PURPOSE

TO THE HONORABLE COURT:

COME NOW debtors represented by the undersigned attorney and very respectfully state and pray:

Debtors filed an amended schedule A/B to eliminate the savings account of joint debtor's grandmother from it.

WHEREFORE, debtors respectfully request the Court to accept this motion and provide accordingly.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee, Chapter 7 Trustee, Noreen Wiscovitch Rentas, and by regular mail to all parties in interest as per attached list.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 4th of January, 2021.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com

LIST OF CREDITORS

20-05064-EAG7|AAA |P O BOX 7066|SAN JUAN, PR 00916-7066| |||
20-05064-EAG7|AEE |PO BOX363508|SAN JUAN, PR 00936-3508| |||
20-05064-EAG7|ANTONIO J COLON GARCIA |FRAU & ASOCIADOS|PO BOX 331150|PONCE, PR 00733-1150| ||
20-05064-EAG7|BANCO POPULAR |DIVISION DE SERVICIOS HIPOTECARIOS|PO BOX 71375|SAN JUAN, PR 00936-8475| ||
20-05064-EAG7|BANCO POPULAR DE PUERTO RICO |PO BOX 362708|SAN JUAN, PR 00936-2708| |||
20-05064-EAG7|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
20-05064-EAG7|CARLOS MORALES FIGUEROA |URBANIZACION PUNTO ORO|4091 CALLE COCOLLO|PONCE, PR 00728-2030| ||
20-05064-EAG7|CBNA |PO BOX 790034|ST LOUIS, MO 63179-0034| |||
20-05064-EAG7|JPMORGAN CHASE BANK N A|BANKRUPTCY MAIL INTAKE TEAM|700 KANSAS LANE FLOOR 01|MONROE LA 71203-4774|||preferred
20-05064-EAG7|CONSEJO DE TITULARES |CONDOMINIO TORRE PLAZA DEL SUR|4021 CALLE CARLOS CARTAGENA|PONCE, PR 00717-0330| ||
20-05064-EAG7|COOPERATIVA A/C PADRE MAC DONALD |POP BOX 7022|PONCE, PR 00732-7022| |||
20-05064-EAG7|COOPERATIVA AHORRO Y CREDITO ADJUNTAS |APARTADO 5|ADJUNTAS, PR 00601-0005| |||
20-05064-EAG7|CREDIT CONTROL LLC |PO BOX 160|HEZELWOOD, MO 63042-0160| |||
20-05064-EAG7|DEPARTAMENTO DE HACIENDA |BANKRUPTCY SECTION|P O BOX 9024140|SAN JUAN, PR 00902-4140| ||
20-05064-EAG7|DIOSDADA DEL CARMEN NIGAGLIONI |PO BOX 10694|PONCE, PR 00732-0694| |||
20-05064-EAG7|FIRSTBANK |DEPARTAMENTO DE AUTOS|P O BOX 13817|SAN JUAN, PR 00908-3800| ||
20-05064-EAG7|INTERNAL REVENUE SERVICES |P O BOX 7346|PHILADELPHIA, PA 19101-7346| |||
20-05064-EAG7|DSNB MACY S|CITIBANK|1000 TECHNOLOGY DRIVE MS 777|O FALLON MO 63368-2222|||preferred
20-05064-EAG7|MIDLAND CREDIT MANAGEMENT |P O BOX 60578|LOS ANGELES, CA 90060-0578| |||
20-05064-EAG7|MONEY EXPRESS |P O BOX 11890|SAN JUAN, PR 00922-1890| |||
20-05064-EAG7|ORIENTAL BANK |PO BOX 364745|SAN JUAN, PR 00936-4745| |||
20-05064-EAG7|PERFECTION COLLECTION |313 E 1200 S, SUITE 102|OREM, UT 84058-6910| |||
20-05064-EAG7|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
20-05064-EAG7|RELIABLE SERVICES |PO BOX 70370|SAN JUAN, PR 00936-8370| |||
20-05064-EAG7|SYNCB/HH GREGG |PO BOX 965060|ORLANDO, FL 32896-5060| |||
20-05064-EAG7|Synchrony Bank |c/o of PRA Receivables Management, LLC|PO Box 41021|Norfolk, VA 23541-1021| ||
20-05064-EAG7|YADIRA RODRIGUEZ TORRE |URBANIZACION PUNTO ORO|4091

Fill in this information to identify your case and this filing:

Debtor 1: **NESTOR JORGE COLON ROSA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): **LOURDES ROSADO VELAZQUEZ**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **20-05064**

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1
**JARDINES DEL CARIBE**
**305 CALLE 2**
Street address, if available, or other description

**PONCE**  **PR**  **00728-4462**
City / State / ZIP Code

**PONCE**
County

What is the property? Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**CONCRETE HOUSE**
**3 BEDROOMS 2 BATHROOMS**
**312.58 SM**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$140,000.00**
Current value of the portion you own? **$140,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**REAL PROPERTY**

☐ Check if this is community property (see instructions)

Debtor 1 **NESTOR JORGE COLON ROSA**
Debtor 2 **LOURDES ROSADO VELAZQUEZ**

Case number (if known) **20-05064**

**1.2** If you own or have more than one, list here:

**CONDOMINIO TORRE PLAZA DEL SUR**
**4021 CALLE CARLOS CARTAGENA**
**APARTAMENTO 10A**
Street address, if available, or other description

| PONCE | PR | 00717-0000 |
|---|---|---|
| City | State | ZIP Code |

**PONCE**
County

What is the property? Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [x] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

Who has an interest in the property? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$110,000.00**
Current value of the portion you own? **$110,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

- [ ] Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**2 BEDROOMS 2 BATHROOMS**
**96.26 SM**
**BUILDING IS NOT LIVEABLE AFTER THE JANUARY 7 OF 2020 EARTHQUAKE**
**AN INSURANCE OFFER HAS BEEN MADE AND ACCEPTED BY THE HOMEOWNERS ASSOCIATION BUT NO DISTRIBUTION HAS BEEN MADE YET**

**1.3** If you own or have more than one, list here:

**URBANIZACION PUNTO ORO**
**4343 CALLE LA CANDELARIA**
Street address, if available, or other description

| PONCE | PR | 00728-0000 |
|---|---|---|
| City | State | ZIP Code |

**PONCE**
County

What is the property? Check all that apply
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

Who has an interest in the property? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$17,500.00**
Current value of the portion you own? **$17,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

- [x] Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**3 BEDROOMS 2 BATHROOMS**
**325 SM**
**TOTAL VALUE $105,000**
**1/2 OWNED BY EUGENIO ROSADO ORTIZ = $52,500**
**1/3 OWNED BY CODEBTOR ($52,500/3) 1/3 OWNED BY CHRISTIAN EUGENIO ROSADO VELAZQUEZ AND 1/3 OWNED BY EUGENIO ROSADO VELAZQUEZ**
**CODEBTOR'S INTEREST EQUALS $17,500**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................=> **$267,500.00**

**Part 2: Describe Your Vehicles**

Debtor 1 **NESTOR JORGE COLON ROSA**
Debtor 2 **LOURDES ROSADO VELAZQUEZ** Case number *(if known)* **20-05064**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1 Make: **ACURA**
Model: **RDX**
Year: **2015**
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,856.00**
Current value of the portion you own? **$14,856.00**

3.2 Make: **NISSAN**
Model: **MAXIMA**
Year: **2016**
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$14,536.00**
Current value of the portion you own? **$14,536.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> **$29,392.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| ONE BEDROOM SET 100 | $100.00 |
| REFRIGERATOR 150 MICROWAVE 50 | $200.00 |
| TWO TV | $200.00 |
| TWO BEDROOM SETS 150 LOVE SEAT 75 | $225.00 |
| WASHING AND DRYER COMBO 100 | $100.00 |

Debtor 1  **NESTOR JORGE COLON ROSA**
Debtor 2  **LOURDES ROSADO VELAZQUEZ**                              Case number *(if known)* **20-05064**

| REFRIGERATOR 75 STOVE 50 MICROWAVE 25 | $150.00 |
|---|---|
| TV | $50.00 |
| WASHING MACHINE 75 | $75.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe.....

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| CLOTHES 300 | $300.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☑ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................    $1,400.00

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | NESTOR JORGE COLON ROSA | | |
|---|---|---|---|
| Debtor 2 | LOURDES ROSADO VELAZQUEZ | Case number *(if known)* | 20-05064 |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☑ No
☐ Yes................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.......................                             Institution name:

| | | | | |
|---|---|---|---|---|
| | 17.1. | CHECKING | BANCO POPULAR DE PUERTO RICO ACCOUNT NO 074-373358 | $0.84 |
| | 17.2. | CHECKING | BANCO POPULAR DE PUERTO RICO ACCOUNT NO 121-661113 | $0.65 |
| | 17.3. | CHEKING AND SAVINGS | COOPERATIVA PADRE MAC DONALD ACCOUNT NO 31375 INACTIVE FOR MORE THAN 3 MONTHS | $0.00 |
| | 17.4. | CHEKING AND SAVINGS | COOPERATIVA ADJUNTAS ACCOUNT NO 18822 INACTIVE FOR MORE THAN 3 MONTHS | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes..................              Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☑ No
☐ Yes. Give specific information about them...................
    Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
    Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. .....................                Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No

| Official Form 106A/B | Schedule A/B: Property | page 5 |
|---|---|---|
| Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor 1 | **NESTOR JORGE COLON ROSA** | | |
|---|---|---|---|
| Debtor 2 | **LOURDES ROSADO VELAZQUEZ** | Case number *(if known)* | **20-05064** |

☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ☑ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☑ No
   ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
   ☑ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ☑ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ☑ Yes. Give specific information..

| | |
|---|---|
| INSURANCE CLAIM WITH MAPFRE FOR POLICY COVERING REAL ESTATE PROPERTY AT CONDOMINIO TORRE PLAZA DEL SUR APARTMENT 10A | $48,114.33 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☑ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☑ No
   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ☑ Yes. Describe each claim.........

| Debtor 1 | **NESTOR JORGE COLON ROSA** | | |
|---|---|---|---|
| Debtor 2 | **LOURDES ROSADO VELAZQUEZ** | Case number *(if known)* | **20-05064** |

| | |
|---|---|
| INSURANCE CLAIM WITH MAPFRE FROM MASTER POLICY OF CONDOMINIO TORRE PLAZA DEL SUR<br><br>INSURANCE OFFER HAS BEEN ACCEPTED BY CONSEJO DE TITULARES CONDOMINIO TORRE PLAZA DEL SUR AND DEBTOR DOES NOT KNOW THE AMOUNT SHE WILL RECEIVE YET<br><br>THE MORTGAGE BALANCE PENDING ONCE THE AMOUNT OF $48,114.33 IS RECEIVED FROM MAPFRE (FROM THE MORTGAGE INSURANCE) AND PAID TO BANCO POPULAR DE PUERTO RICO WILL BE $35,356.17 ($83,470.50 - 48,114.33)<br><br>THE BALANCE PENDING FOR MAINTENANCE FEES WILL BE DEDUCTED FROM ANY AMOUNT OF MONEY TO BE RECEIVED FROM THIS CLAIM | Unknown |

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**     **$48,115.82**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................     **$0.00**

| Debtor 1 | **NESTOR JORGE COLON ROSA** | | |
|---|---|---|---|
| Debtor 2 | **LOURDES ROSADO VELAZQUEZ** | Case number *(if known)* | **20-05064** |

### Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 .................................................................................................... | | | $267,500.00 |
| 56. | Part 2: Total vehicles, line 5 | $29,392.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $1,400.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $48,115.82 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $78,907.82 | Copy personal property total | $78,907.82 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $346,407.82 |

**Fill in this information to identify your case:**

Debtor 1: **NESTOR JORGE COLON ROSA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **LOURDES ROSADO VELAZQUEZ**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): 20-05064

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ NESTOR JORGE COLON ROSA**
NESTOR JORGE COLON ROSA
Signature of Debtor 1

Date **January 4, 2021**

X **/s/ LOURDES ROSADO VELAZQUEZ**
LOURDES ROSADO VELAZQUEZ
Signature of Debtor 2

Date **January 4, 2021**