UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NÉSTOR J. COLÓN ROSA
LOURDES ROSADO VELÁZQUEZ

DEBTORS

CASE NUMBER: 20-05064 EAG

CHAPTER: 7

STATEMENT OF PURPOSE

TO THE HONORABLE COURT:

COME NOW debtors represented by the undersigned attorney and very respectfully state and pray:

Debtors filed an amended Statement of Financial Affairs to list savings account of joint debtor's grandmother were Mrs. Rosado Velázquez cosigns with her but is not the owner of the savings account. The monies in that account belong to Carmen Melendez Colón. The family decided to have joint debtor cosigning in the account because her grandmother is 95 years old and in case of an emergency Mrs. Rosado Velázquez can make any withdrawal of money necessary.

WHEREFORE, debtors respectfully request the Court to accept this motion and provide accordingly.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee, Chapter 7 Trustee, Noreen Wiscovitch Rentas, and by regular mail to all parties in interest as per attached list.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 4th of January, 2021.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com

LIST OF CREDITORS

20-05064-EAG7|AAA |P O BOX 7066|SAN JUAN, PR 00916-7066| |||
20-05064-EAG7|AEE |PO BOX363508|SAN JUAN, PR 00936-3508| |||
20-05064-EAG7|ANTONIO J COLON GARCIA |FRAU & ASOCIADOS|PO BOX 331150|PONCE, PR 00733-1150| ||
20-05064-EAG7|BANCO POPULAR |DIVISION DE SERVICIOS HIPOTECARIOS|PO BOX 71375|SAN JUAN, PR 00936-8475| ||
20-05064-EAG7|BANCO POPULAR DE PUERTO RICO |PO BOX 362708|SAN JUAN, PR 00936-2708| |||
20-05064-EAG7|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
20-05064-EAG7|CARLOS MORALES FIGUEROA |URBANIZACION PUNTO ORO|4091 CALLE COCOLLO|PONCE, PR 00728-2030| ||
20-05064-EAG7|CBNA |PO BOX 790034|ST LOUIS, MO 63179-0034| |||
20-05064-EAG7|JPMORGAN CHASE BANK N A|BANKRUPTCY MAIL INTAKE TEAM|700 KANSAS LANE FLOOR 01|MONROE LA 71203-4774|||preferred
20-05064-EAG7|CONSEJO DE TITULARES |CONDOMINIO TORRE PLAZA DEL SUR|4021 CALLE CARLOS CARTAGENA|PONCE, PR 00717-0330| ||
20-05064-EAG7|COOPERATIVA A/C PADRE MAC DONALD |POP BOX 7022|PONCE, PR 00732-7022| |||
20-05064-EAG7|COOPERATIVA AHORRO Y CREDITO ADJUNTAS |APARTADO 5|ADJUNTAS, PR 00601-0005| |||
20-05064-EAG7|CREDIT CONTROL LLC |PO BOX 160|HEZELWOOD, MO 63042-0160| |||
20-05064-EAG7|DEPARTAMENTO DE HACIENDA |BANKRUPTCY SECTION|P O BOX 9024140|SAN JUAN, PR 00902-4140| ||
20-05064-EAG7|DIOSDADA DEL CARMEN NIGAGLIONI |PO BOX 10694|PONCE, PR 00732-0694| |||
20-05064-EAG7|FIRSTBANK |DEPARTAMENTO DE AUTOS|P O BOX 13817|SAN JUAN, PR 00908-3800| ||
20-05064-EAG7|INTERNAL REVENUE SERVICES |P O BOX 7346|PHILADELPHIA, PA 19101-7346| |||
20-05064-EAG7|DSNB MACY S|CITIBANK|1000 TECHNOLOGY DRIVE MS 777|O FALLON MO 63368-2222|||preferred
20-05064-EAG7|MIDLAND CREDIT MANAGEMENT |P O BOX 60578|LOS ANGELES, CA 90060-0578| |||
20-05064-EAG7|MONEY EXPRESS |P O BOX 11890|SAN JUAN, PR 00922-1890| |||
20-05064-EAG7|ORIENTAL BANK |PO BOX 364745|SAN JUAN, PR 00936-4745| |||
20-05064-EAG7|PERFECTION COLLECTION |313 E 1200 S, SUITE 102|OREM, UT 84058-6910| |||
20-05064-EAG7|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
20-05064-EAG7|RELIABLE SERVICES |PO BOX 70370|SAN JUAN, PR 00936-8370| |||
20-05064-EAG7|SYNCB/HH GREGG |PO BOX 965060|ORLANDO, FL 32896-5060| |||
20-05064-EAG7|Synchrony Bank |c/o of PRA Receivables Management, LLC|PO Box 41021|Norfolk, VA 23541-1021| ||
20-05064-EAG7|YADIRA RODRIGUEZ TORRE |URBANIZACION PUNTO ORO|4091

2

Debtor 1   **NESTOR JORGE COLON ROSA**
Debtor 2   **LOURDES ROSADO VELAZQUEZ**                            Case number (if known)  **20-05064**

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $3,276.30 | ☑ Wages, commissions, bonuses, tips | $4,683.50 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| For last calendar year:<br>(January 1 to December 31, 2019) | ☐ Wages, commissions, bonuses, tips | $57,320.00 | ☑ Wages, commissions, bonuses, tips | $2,800.00 |
|  | ☑ Operating a business |  | ☐ Operating a business |  |
| For the calendar year before that:<br>(January 1 to December 31, 2018) | ☐ Wages, commissions, bonuses, tips | $17,427.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ☑ Operating a business |  | ☐ Operating a business |  |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | UNEMPLOYENT PUA ASSITANCE FOR FEDERAL WAGES LOST | $15,979.00 | FEMA UNEMPLOYMENT AND PUA | $15,472.00 |
|  | PAN | $896.00 | PAN | $2,835.00 |

### Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | NESTOR JORGE COLON ROSA | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | LOURDES ROSADO VELAZQUEZ | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (if known) | 20-05064 | ☑ Check if this is an amended filing |

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | From-To: | ☐ Same as Debtor 1<br>CONDOMINIO TORRE PLAZA DEL SUR<br>APARTMENTO 10A<br>PONCE, PR 00717 | ☐ Same as Debtor 1<br>From-To:<br>AUGUST OF 2008 TO JANUARY 7 OF 2020 |
| | From-To: | ☐ Same as Debtor 1<br>PERLA DEL SUR<br>4323 CALLE JUSTO MARTINEZ<br>PONCE, PR 00717 | ☐ Same as Debtor 1<br>From-To:<br>JANUARY 8 OF 2020 TO MAY 31 OF 2020 |
| | From-To: | ☐ Same as Debtor 1<br>URBANIZACION VILLA DEL CARMEN<br>292 CALLE SEGOBIA<br>PONCE, PR 00716 | ☐ Same as Debtor 1<br>From-To:<br>JUNE 1 OF 2020 TO NOVEMBER 30 OF 2020 |
| | From-To: | ☐ Same as Debtor 1<br>URBANIZACION ALTA VISTA<br>1910 CAALE ARES<br>PONCE, PR 00716 | ☐ Same as Debtor 1<br>From-To:<br>FROM DECEMBER 1 OF 2020 TO PRESENT |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  NESTOR JORGE COLON ROSA
Debtor 2  LOURDES ROSADO VELAZQUEZ                          Case number (if known)  20-05064

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| NESTOR COLON ROSA v AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS DE PR<br>AA-17-328 | DEBTOR RECEIVED A MOTION SHEDULING AN ADMINISTRATIVE HEARING FOR NOVEMBER 25 OF 2020. DEBTOR'S ATTORNEY FILED ANOTHER MOTION REQUESTING AAA TO EXPLAIN THE PURPOSE OF THE HEARING SINCE DEBTOR NEVER FILED A COMPLAINT.<br><br>THE MOTION SAYS IT IS IN RELATION TO AN ACTIVE ACCOUNT WITH NUMBER 20463699. THAT ACCOUNT BELONGS TO A PROPERTY IN BO QUEBRADO DEL AGUA SECTOR QUIRINDONGO WERE DEBTOR HAD A HOME FOR THE ELDER NAMED OASIS DORADO INC THAT FILED FOR BANKRUPTCY ON 9/10/2019 CASE NO 19-05182 | AAA<br>P O BOX 7066<br>SAN JUAN, PR 00916-7066 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1 **NESTOR JORGE COLON ROSA**
Debtor 2 **LOURDES ROSADO VELAZQUEZ** Case number (if known) **20-05064**

not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.
☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| CARLOS MORALES FIGUEROA ET AL v NESTOR J COLON ROSA ET AL PO2018CV00789 | TORTS FOR BREACH OF CONTRACT DIVIDENDS CLAIMED SALARIES AND FRINGED BENEFITS CLAIMED | TRIBUNAL DE PRIMERA INSTANCIA CENTRO JUDICIAL DE PONCE PONCE, PR 00717 | ☑ Pending ☐ On appeal ☐ Concluded |

| Debtor 1 | NESTOR JORGE COLON ROSA | | |
|---|---|---|---|
| Debtor 2 | LOURDES ROSADO VELAZQUEZ | Case number (if known) | 20-05064 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| THRID PARTY | EQUIPMENT FROM COFFEE SHOP:<br>STOVE<br>2 REFRIGERATORS<br>GRILL<br>6 TABLES<br>16 CHAIRS<br>3 STAINLESS STEEL TABLES | RECEIVED $2,500.00 | JULY OF 2020 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1 **NESTOR JORGE COLON ROSA**
Debtor 2 **LOURDES ROSADO VELAZQUEZ**                                     Case number (if known) **20-05064**

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
    - ☑ No
    - ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    - ☑ No
    - ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    - ☑ No
    - ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?
    - ☐ No
    - ☑ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|
    | APARTMENT 10A AT CONDOMINIO TORRE PLAZA DEL SUR IN PONCE DUE TO THE EARTHQUAKE THAT OCURRED ON JANUARY 7 OF 2020 | MAPRE INSURANCE POLICY NO 3110198005323 FOR WICH JOINT DEBTOR WILL RECEIVE JOINTLY WITH BANCO POPULAR DE PUERTO RICO $48, 114.33<br><br>MAPFRE MASTER POLICY OF CONDOMINIO TORRE PLAZA DEL SUR NO 1600198001980 FOR WHICH THE HOMEOWNERS ASSOCIATION WILL RECEIVE $5,305,264.96 AND THE DISTRIBUTION HAS NOT BEEN CALCULATED YET | JANUARY 7 OF 2020 | $110,000.00 |

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ☑ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | MARIA E VICENS LAW OFFICE<br>1218 AVENIDA HOSTOS SUITE 117<br>PONCE, PR 00717 | | DECEMBER 30 OF 2020 | $1,201.00 |

| Debtor 1 | NESTOR JORGE COLON ROSA | | |
|---|---|---|---|
| Debtor 2 | LOURDES ROSADO VELAZQUEZ | Case number (if known) | 20-05064 |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ☐ No
   ☑ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| CARMEN MELENDEZ COLON<br>URB PERLA DEL SUR<br>4323 CALLE JUSTO MARTINEZ<br>PONCE, PR 00717 | SAVINGS ACCOUNT<br>ORIENTAL BANK<br>AVE LAS AMERICAS,<br>ESQ CARRETERA PR 2<br>PONCE, PR 00717 | ACCOUNT NO 2225928410 | $5,764.89 |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ☑ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ☑ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1  **NESTOR JORGE COLON ROSA**
Debtor 2  **LOURDES ROSADO VELAZQUEZ**                        Case number (if known) **20-05064**

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    - [x] A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    - [ ] A member of a limited liability company (LLC) or limited liability partnership (LLP)
    - [ ] A partner in a partnership
    - [ ] An officer, director, or managing executive of a corporation
    - [ ] An owner of at least 5% of the voting or equity securities of a corporation

    - [ ] No. None of the above applies. Go to Part 12.
    - [x] Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number (Do not include Social Security number or ITIN.) / Dates business existed |
|---|---|---|
| D/B/A FRESCO AROMA ACAI & COFFEE LOUNGE<br>URBANIZACION SAN ANTONIO 531<br>CARRETERA GUAYANILLA SUITE 2<br>PONCE, PR 00717-1791 | COFFEE SHOP<br><br>LOURDES ROSADO VELAZQUEZ | EIN:<br><br>From-To SEPTEMBER OF 2015 TO JUNE OF 2019 |
| OASIS DORADO INC<br>CARRETERA 130 BO QUEBRADA DEL AGUA<br>SC QUIRINDONGO CALLE A #7<br>PONCE, PR 00728 | HOME FOR THE ELDER<br><br>VICTOR TORRES ORTIZ Y ASOCIADOS<br>FROM YEAR 2017 TO 2019 | EIN: 66-0868110<br><br>From-To FROM 2017 TO 2019 WHEN IT FILED FOR BANKRUPTCY ON SEPTEMBER 1 OF 2019 CASE NO 19-05182 |
| FRESCO AROMA INC<br>URBANIZACION SAN ANTONIO 531<br>CARRETERA GUAYANILLA SUITE 2<br>PONCE, PR 00717-1791 | COFFEE SHOP<br><br>LOURDES ROSADO VELAZQUEZ | EIN: 66-0916555<br><br>From-To JULY OF 2019 TO JUNE OF 2020 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

    - [x] No
    - [ ] Yes. Fill in the details below.

    Name / Address (Number, Street, City, State and ZIP Code)    Date Issued

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**NESTOR JORGE COLON ROSA**            **LOURDES ROSADO VELAZQUEZ**
Signature of Debtor 1                  Signature of Debtor 2

Date  January 4, 2021                  Date  January 4, 2021

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
- [x] No
- [ ] Yes

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 8

Debtor 1 **NESTOR JORGE COLON ROSA**
Debtor 2 **LOURDES ROSADO VELAZQUEZ** Case number *(if known)* 20-05064

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).